IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RICHARD ALLEN ANDERSON, #1750510 | § | |
| VS. | § | CIVIL ACTION NO. 6:12cv381 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Richard Allen Anderson, proceeding *pro se*, filed the above-styled and numbered Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The petition was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the petition should be dismissed without prejudice for the petitioner's failure to prosecute.

No objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Petitioner's Petition for Writ of Habeas Corpus (docket entry #1) pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that any motion not already ruled upon is hereby **DENIED**.

**So ORDERED and SIGNED this 20th day of April, 2015.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**